THE STATE OF OHIO, APPELLEE, *v.* LYONS, APPELLANT.

[Cite as *State v. Lyons,* 101 Ohio St.3d 94, 2004-Ohio-27.]

(No. 2003–1449—Submitted December 15, 2003—Decided January 21, 2004.)

{¶ 1} The discretionary appeal is accepted.

{¶ 2} The judgment of the court of appeals is reversed on the authority of *State v. Kaplowitz,* 100 Ohio St.3d 205, 2003-Ohio-5602, 797 N.E.2d 977.

MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

F.E. SWEENEY, J., dissents.

Thomas L. Sartini, Ashtabula County Prosecuting Attorney, and Angela M. Scott, Assistant Prosecuting Attorney, for appellee.

David H. Bodiker, Public Defender, and Stephen P. Hardwick, Assistant Public Defender, for appellant.